HOWARD B. GOLDS, Bar No. 112626
CYNTHIA M. GERMANO, Bar No. 151360
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083
howard.golds@bbklaw.com
cynthia.germano@bbklaw.com

Attorneys for Defendants
City of Victorville, Jon B. Roberts,
John R. Becker and Diana M. Ramirez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOHN MARTIN,

    Plaintiff,

v.

CITY OF VICTORVILLE, a municipal corporation; JOHN BECKER, individually and as Fire Chief for the City of Victorville; DIANA RAMIREZ, individually and as Human Resources Director for the City of Victorville; JON ROBERTS, individually and as City Manager; and DOES 1 THROUGH 10 inclusive,

    Defendants.

Case No. CV 06-03288 GW (SSx)

[PROPOSED] JUDGMENT

[PROPOSED] JUDGMENT

# JUDGMENT

The Court having considered the Motion for Summary Judgment brought by Defendants City of Victorville, Jon Roberts, John Becker and Diana Ramirez (collectively, "Defendants"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment in the above-captioned matter be, and hereby is, entered in favor of Defendants and that plaintiff John Martin shall take nothing by way of his Complaint.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants shall recover its costs of suit herein.

Dated: June 10, 2008

_/s/ George H. Wu_

United States District Court Judge

**PROOF OF SERVICE**

I, Sherri Parris, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Best Best & Krieger LLP, 3750 University Avenue, P.O. Box 1028, Riverside, California 92502. On June 19, 2007, I served the within document(s):

**[PROPOSED] JUDGMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California addressed as set forth below.

☒ by causing personal delivery by Blomdahl Attorney Services of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by _____ following the firm's ordinary business practices.

Michael A. McGill                         Attorneys for Plaintiff
Lackie & Dammeier
367 North Second Avenue                   JOHN MARTIN
Upland, CA 91786

Phone: (909) 985-4003
Fax: (909) 985-3299

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 19, 2007, at Riverside, California.

_____
Sherri Parris

RVLIT\HGOLDS\706727.1